DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDDIE VINCENT RUTLEDGE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2513

[May 7, 2026]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502008CF000919AXXXMB.

Eddie V. Rutledge, West Palm Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GERBER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***